Crim-Trial (1/8/2009)

HONORABLE:_____

DEPUTY CLERK_____ RPTR/ECRO/TAPE_____

TOTAL TIME: _____hours _____minutes  USPO_____INTERPRETER_____

DATE:_____ START TIME: _____ END TIME:_____

LUNCH RECESS  FROM: _____ TO: _____

RECESS (if more than ½ hr)  FROM: _____ TO: _____

CRIMINAL NO._____Deft #_____

UNITED STATES OF AMERICA
vs

_____

AUSA

_____

Defendant's Counsel

### CRIMINAL JURY SELECTION/CALENDAR CALL

☐.............. Deft _____ failed to appear. Bench Warrant to be issued.

☐.............. ☐ Call of the Calendar held ☐ Call of the Calendar over to _____

☐.............. ☐ Jury Selection held ☐ Jury Selection continued until _____

☐.............. Grand Jury Selection : GJ #_____Foreperson: _____Deputy FP_____

☐.......#___ Deft _____motion_____ ☐ granted ☐denied ☐ advisement

☐.......#___ Deft _____motion_____ ☐ granted ☐denied ☐ advisement

☐.......#___ Deft_____motion_____ ☐ granted ☐denied ☐ advisement

☐.......#___ Govt's motion _____ ☐ granted ☐denied ☐ advisement

☐.......#___ Govt's motion _____ ☐ granted ☐denied ☐ advisement

☐.............. Deft _____Oral motion _____ ☐granted ☐denied ☐advisement

☐.............. Deft _____Oral motion _____ ☐granted ☐denied ☐advisement

☐.............. Govt's oral motion _____ ☐ granted ☐denied ☐ advisement

☐.............. Govt's oral motion _____ ☐ granted ☐denied ☐ advisement

☐.............. _____ ☐ filed

☐.............. _____ ☐ filed

☐.............. _____ ☐ filed

☐.............. _____ ☐ filed

☐.............. _____ jurors present

☐.............. Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐.............. Voir Dire by Court

☐.............. Peremptory challenges exercised

☐.............. Jury of _____and _____alternates drawn ☐ and sworn ☐ Jury Trial commences

☐.............. Remaining jurors excused

☐.............. Trial continued until _____at _____

☐.............. COPY TO: JURY CLERK with juror lists