UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
UNITED STATES OF AMERICA

    -v-                                                                                Criminal No. 06CR160 (JBA)

EFRAIN JOHNSON
---------------------------------------------------------X

## VERDICT FORM

A.    COUNT ONE (conspiracy to murder in aid of racketeering). We the Jury unanimously find Defendant EFRAIN JOHNSON:

        Not Guilty  [X]        Guilty  [ ]

B.    COUNT TWO (murder in aid of racketeering of Tina Johnson). We the jury unanimously find Defendant EFRAIN JOHNSON:

        Not Guilty  [ ]        Guilty  [X]

*If you answered guilty for Count Two, proceed to "Findings."*

    1.    FINDINGS ON FELONY COMMITTED:

Do you the jury unanimously find that the Government proved beyond a reasonable doubt that Defendant EFRAIN JOHNSON committed the murder in aid of racketeering of Tina Johnson during the commission of a:

    a.    <u>Burglary</u>

        Yes  [X]        No  [ ]

    b.    <u>Robbery</u>

        Yes  [ ]        No  [X]

    c.    <u>Kidnapping</u>

        Yes  [X]        No  [ ]

2. FINDINGS ON DEFENSES:

   a. Statutory Affirmative Defense:
   Do you the jury unanimously find that the Defendant proved by a preponderance of the evidence the elements of the statutory affirmative defense to felony murder:

   Yes ☐    No ☒

   b. Duress
   Do you the jury unanimously find that the Government disproved beyond a reasonable doubt the defense of duress:

   Yes ☒    No ☐

C. COUNT THREE (murder in aid of racketeering of James Reid). We the jury unanimously find Defendant EFRAIN JOHNSON:

   Not Guilty ☐    Guilty ☒

*If you answered guilty for Count Three, proceed to "Findings."*

   1. FINDINGS ON FELONY COMMITTED:

   Do you the jury unanimously find that the Government proved beyond a reasonable doubt that Defendant EFRAIN JOHNSON committed the murder in aid of racketeering of James Reid during the commission of a:

   a. Burglary

   Yes ☒    No ☐

   b. Robbery

   Yes ☐    No ☒

   c. Kidnapping

   Yes ☐    No ☒

2. FINDINGS ON DEFENSES:

   a. Statutory Affirmative Defense:
Do you the jury unanimously find that the Defendant proved by a preponderance of the evidence the elements of the statutory affirmative defense to felony murder:

      Yes ☐   No ☒

   b. Duress
We the jury unanimously find that the Government disproved beyond a reasonable doubt the defense of duress:

      Yes ☒   No ☐

D. COUNT FOUR (murder in aid of racketeering of Basil Williams). We the jury unanimously find the Defendant EFRAIN JOHNSON:

      Not Guilty ☐   Guilty ☒

*If you answered guilty for Count Four, proceed to "Findings."*

1. FINDINGS ON FELONY COMMITTED:

Do you the jury unanimously find that the Government proved beyond a reasonable doubt that Defendant EFRAIN JOHNSON committed the murder in aid of racketeering of Basil Williams during the commission of a:

   a. <u>Burglary</u>

      Yes ☒   No ☐

   b. <u>Robbery</u>

      Yes ☐   No ☒

   c. <u>Kidnapping</u>

      Yes ☐   No ☒

2.  FINDINGS ON DEFENSES:

   a.  Statutory Affirmative Defense:
       Do you the jury unanimously find that the Defendant proved by a preponderance of the evidence the elements of the statutory affirmative defense to felony murder:

       Yes ☐          No ☒

   b.  Duress
       Do you the jury unanimously find that the Government disproved beyond a reasonable doubt the defense of duress:

       Yes ☒          No ☐

Dated at New Haven, Connecticut this 24 day of February, 2012 at 6:36 a.m./p.m.

_____
SIGNATURE OF FOREPERSON


_____
PRINTED NAME OF FOREPERSON