UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:06CR160 (JBA) |
| | : | |
| - v - | : | |
| | : | |
| NATHANIEL GRANT | : | March 7, 2012 |

AMENDED GOVERNMENT'S MOTION FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Connecticut hereby moves to vacate defendant Nathaniel Grant's guilty plea, entered on September 13, 2006, and to dismiss Count One of the Indictment pending against the defendant.

DAVID B. FEIN
UNITED STATES ATTORNEY

/s/
TRACY LEE DAYTON
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv02206
1000 Lafayette Boulevard
Bridgeport, Connecticut
(203) 696-3000

Leave of court is granted for the filing of the foregoing dismissal.  SO ORDERED this _____ day of March 2012, at New Haven, Connecticut.

_____
THE HONORABLE JANET BOND ARTERTON
UNITED STATES DISTRICT COURT JUDGE

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the March 7, 2012, the foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Dan LaBelle, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

                /s/
                TRACY LEE DAYTON
                ASSISTANT UNITED STATES ATTORNEY

\