Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

FILED
2013 AUG 6 PM 4 12
U.S. DISTRICT COURT
NEW HAVEN, CT.

United States District Court

District of Connecticut

Caption:
United States of America v.

Efrain Johnson

Docket No.: 3:06CR160(JBA)

Janet Bond Arterton
(District Court Judge)

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other ✓ Ruling granting motion for judgment of acquittal (specify) entered in this action on July 8, 2013 (date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other |✓|

Defendant found guilty by plea |   | trial |✓| N/A |   |

Offense occurred after November 1, 1987? Yes |✓| No |   | N/A |   |

Date of sentence: _____ N/A |✓|

Bail/Jail Disposition: Committed |___| Not committed |___| N/A |✓|

Appellant is represented by counsel? Yes |✓| No |   |  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Todd A. Bussert |
| Counsel's Address: | 129 Church Street, Suite 226 |
| | New Haven, CT 06510 |
| Counsel's Phone: | (203) 495-9790 |
| Assistant U.S. Attorney: | Alina P. Reynolds |
| AUSA's Address: | United States Attorney's Office |
| | 1000 Lafayette Blvd., Bridgeport, CT 06604 |
| AUSA's Phone: | (203) 696-3000 |

*Alina Reynolds*
Signature