**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of March, two thousand and fourteen,

_____

United States of America,

      Appellant,

v.

Azikiwe Aquart, AKA Zee, Nathaniel Grant, AKA Correctional Officer Stone, Azibo Aquart, AKA D., AKA Dreddy, AKA Jumbo, AKA Azibo Smith, AKA Azibo Siwatu Jahi Smith,

      Defendants,

Efrain Johnson,

      Defendant - Appellee.

_____

ORDER
Docket No. 13-3028

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 03/21/2014**