*United States v. Azibo Aquart*, Criminal No. 3:06-cr-160 (JBA)

| Case | Jurisdiction | Citation | Convictions | Description | Original sentence | Current sentence |
|---|---|---|---|---|---|---|
| *United States v. Cruz* | D. Conn. | 2021 WL 1326851 | 2 VICAR murders, VICAR conspiracy, RICO | Latin Kings double murder of informant & his friend | Life imprisonment | Time served (~ 31 years with GTC) |
| *United States v. Perez* | D. Conn. | 2021 WL 837425 | VICAR murder; Conspiracy to commit interstate murder-for-hire; others | Hired a hitman to murder a competitor in the drug trade. | Life imprisonment | 23 years |
| *United States v. Rios* | D. Conn. | 2020 WL 7246440 | VICAR murder, RICO, RICO conspiracy, drug conspiracy | Latin Kings murder | Life imprisonment | 30 years |
| *United States v. Ramsay* | S.D.N.Y. | 2021 WL 1877963 | VICAR murder | While attempting to kill leader of rival gang, Ramsay & codefendants shot into a crowd, killing a man, a pregnant woman, and her baby. | Life imprisonment | 30 years |

**Exhibit 2**

| | | | | | | |
|---|---|---|---|---|---|---|
| *United States v. Quinones* | S.D.N.Y. | 2021 WL 797835 | Drug-related murder; RICO; Drug trafficking | Leader of cocaine and heroin racketeering enterprise and his co-defendant (Rodriguez, *infra*) murdered a government informant. "The murder, at Quinones' orders, was preceded by brutal torture." | Life imprisonment | 35 years |
| *United States v. (Diego) Rodriguez* | S.D.N.Y. | 492 F. Supp. 3d 306 | Drug-related murder; RICO; Drug trafficking | Murder of a government informant preceded by "brutal torture"; defendant was the chief lieutenant in RICO cocaine enterprise. | Life imprisonment | 30 years |

2

**Exhibit 2**

| *United States v. Fisher* | S.D.N.Y. | 493 F. Supp. 3d 231 | CCE, RICO conspiracy, drug conspiracy, others | Drug kingpin who was a member of the "Council," a group of 7 individuals who ran extensive narcotics enterprise in NYC for over a decade. "Council members routinely approved the murders of those suspected of being potential witnesses against the Council or of people who had been insubordinate." | Life imprisonment | Time served (38 years) |

**Exhibit 2**

| *United States v. Underwood* | S.D.N.Y. | 2021 WL 3204834 | RICO, RICO conspiracy, CCE, drug conspiracy | Leader of the Vigilantes, a violent heroin-trafficking organization operating throughout NYC responsible for at least 5 murders and 1 att. murder "committed at Underwood's direction." "These murders were brutal and calculated, aimed specifically at 'eliminating and intimidating competitors, informants, and actual or potential witnesses.'" | Life imprisonment | Time served (33 years) |

**Exhibit 2**

| *United States v. Gluzman* | S.D.N.Y. | 2020 WL 4233049 | VAWA murder; others | "Without question, the nature and circumstances of Ms. Gluzman's crime were abhorrent. . . . Ms. Gluzman planned the murder in advance, coerced a vulnerable accomplice, and dehumanized her victim's body. Then she planned to flee. Her conduct was appalling." | Life imprisonment | Time served plus 5 days (24 years) |
| --- | --- | --- | --- | --- | --- | --- |
| *United States v. Tidwell* | E.D. Pa. | 476 F. Supp. 3d 66 | 2 CCE murders, CCE, drug conspiracy, tax evasion, others | "Tidwell ran a drug distribution network in Philadelphia." | Life imprisonment | Time served (close to 26 years) |

5

**Exhibit 2**

| *United States v. Jenkins* | D. S. Carolina | 2021 WL 4691025 | Drug-related murder, drug conspiracy, others | Organizer and leader of large drug network that distributed at least 12 kg of crack cocaine & 1000s of lbs. marijuana. "The defendant assassinated one of his accomplices and stole cash and [crack] from his dead body." | Life imprisonment | Time served (25 years) |

6

**Exhibit 2**