**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**AZIBO AQUART, Petitioner,**
    **#15750-014**
    **USP Florence – High**
    **US Penitentiary**
    **PO Box 7000**
    **Florence, CO 81226**


    **v.**                                    **Case No.** _____


**UNITED STATES OF AMERICA,**
    **Respondent.**

---

**MOTION TO SEAL DOCKET NUMBER 1408**
**PETITION PURSUANT TO 28 USC § 2255**
**TO VACATE, SET ASIDE OR CORRECT SENTENCE BY**
**A PERSON IN FEDERAL CUSTODY**

---

Comes now Petitioner Azibo Aquart, by counsel Monica Foster, and moves the Court to seal Petition Pursuant to 28 USC § to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody, Docket 1408, which was filed with the Court on January 13, 2026. The document contains private juror information that needs to be protected relies on documents that remain under seal. Undersigned counsel will file on the public docket a copy of the pleading that redacts those claims.

WHEREFORE, the Defendant prays that this Honorable Court issue an Order sealing the Petition Pursuant to 28 USC § to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody.

Respectfully submitted,

/s/Monica Foster
Monica Foster
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

## CERTIFICATE OF SERVICE

I certify that on January 13, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court=s electronic filing system. Parties may access this filing through the Court=s system.

/s/ Monica Foster
Monica Foster